**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 11, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
WD77302        Terrence Curry vs. State of Missouri
WD77872        Kevin B. Strickland vs. State of Missouri


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
WD77659        State of Missouri vs. Stephen James Morrison